The Honorable Lauren J. King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **MICHAEL FRIEDMANN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FRANKLIN PIERCE PUBLIC SCHOOLS, et al.,**<br><br>**Defendants.** | NO. 3:22-CV-06010-LK<br><br>**DECLARATION OF BRENDA PEARSON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS DEFENDANT JAYNE MARSHALL** |

I, Brenda Pearson, under penalty of perjury, declare as follows:

1. I am a Substitute Specialist within the Human Resources Department (HR) of Franklin Pierce Public Schools (the "District"). I am competent to testify and have personal knowledge of the matters set forth herein. This Declaration is made in support of Defendants' Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment and Motion to Dismiss Defendant Jayne Marshall.

2. I have worked for the District since January 17, 2014. I have been the Substitute Specialist since January 17, 2014. In my position, I am responsible for onboarding substitute teachers, and executing the directives of my supervisor, Brandy Marshall.

DECLARATION OF BRENDA PEARSON — 1
3:22-CV-06010-LK

PORTER FOSTER RORICK LLP
800 Two Union Square | 601 Union Street
Seattle, Washington 98101
(206) 622-0203 | pfrwa.com

3. Plaintiff completed 22 sub assignments with the District between February 2022 and June 2022. On March 11 and 14, 2022, Plaintiff completed an assignment in Jayne Marshall's classroom at Collins Elementary School (Collins). A true and accurate report of Plaintiff's substitute assignments is attached as **Exhibit F**. I printed this report from Frontline, the District's online administration software, on September 18, 2023.

4. On March 18, 2022, HR received a completed guest teacher feedback form from then-Collins Elementary School (Collins) Principal Dr. Barbara Mondloch. A true and correct copy of the guest teacher feedback from is attached as **Exhibit A**.

5. On March 18, 2022, I received a phone call from Dr. Mondloch regarding Plaintiff's conduct in Jayne Marshall's classroom on March 11 and 14, 2022. During that phone call, I took notes of our discussion. A true and correct copy of my handwritten notes are attached as **Exhibit B**.

6. After my phone call with Dr. Mondloch, I forwarded my notes and the feedback to Brandy Marshall. Whenever I, as the Substitute Specialist, receive reports of misconduct by substitutes, I forward it to Brandy.

7. On March 18, 2022, I sent Plaintiff an email informing him that Collins had expressed serious concern regarding Plaintiff's March 11 and 14, 2022, assignment, and that he needed to meet with HR before he could work in the District again. A few minutes later, Plaintiff responded setting a time to meet with HR. A true and correct copy of this email exchange is attached as **Exhibit C**.

8. On March 21, 2022, Plaintiff met with Brandy to discuss Collins' concerns. I attended and took notes during the meeting. During the meeting, I reviewed the District's

DECLARATION OF BRENDA PEARSON — 2
3:22-CV-06010-LK

PORTER FOSTER RORICK LLP
800 Two Union Square | 601 Union Street
Seattle, Washington 98101
(206) 622-0203 | pfrwa.com

expectations for substitutes with Plaintiff. A true and correct copy of my handwritten notes are attached as **Exhibit D**.

9. On March 21, 2022, Plaintiff called me and discussed whether he would return to Collins. I took contemporaneous notes during the phone call. A true and correct copy of my handwritten notes are attached as **Exhibit E**.

10. On April 28, 2022, I spoke to Brookdale Elementary School (Brookdale) Principal Connie Holman. During that phone call, I learned that during a long-term assignment at Brookdale, Plaintiff did not follow the lesson plans that the regular teacher had left. I learned as well that Plaintiff brought his guitar to class and played for the students, instead of doing the provided lessons. Ms. Holman informed me that she would welcome him back to Brookdale for short-term, daily assignments, but not for long-term assignments.

11. Sometime in April 2022, I spoke with Elmhurst Elementary School (Elmhurst) Principal Steven Mondragon. During that phone call, I learned that Plaintiff had not used the provided lesson plans during a long-term substitute assignment in fifth grade in April through June 2022. Mr. Mondragon told me that Elmhurst had received complaints from students about Plaintiff.

Dated this 8th day of March, 2024 at Tacoma, Pierce County, Washington.

Brenda Pearson

**DECLARATION OF BRENDA PEARSON — 3**
3:22-CV-06010-LK

PORTER FOSTER RORICK LLP
800 Two Union Square | 601 Union Street
Seattle, Washington 98101
(206) 622-0203 | pfrwa.com